UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.C. et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                      Defendant. | 23-CV-8258 (JHR) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

On March 25, 2024, upon the parties' representation that they had reached a settlement agreement in this case, (ECF 16), this Court granted the parties an additional 90 days to execute and file the settlement documents on the docket. (ECF 17). It has come to the Court's attention that no such settlement documents have been filed, and the parties have taken no action since the March 25 Order.

Accordingly, the parties are directed to file a joint status letter by **Friday, October 4, 2024,** apprising the Court of the status of the parties' settlement and why no action has been taken in this case since March 2024.

**SO ORDERED**.

Dated:   September 26, 2024
         New York, New York

                                            */s/ Ona T. Wang*
                                            ONA T. WANG
                                            United States Magistrate Judge